■ GERALD MURRAY, as Executor of BEATRICE PODOLSKY, Deceased, Appellant, v PARKWAY HOSPITAL et al., Respondents. — Order of the Supreme Court,

Queens County (Leviss, J.), dated March 17, 1983, affirmed, with costs (see *Polizzano v Gotham Constr. Corp.,* 47 AD2d 48; *Sammatano v Brooklyn City R. R. Co.,* 238 App Div 808). Titone, J. P., Mangano, Gibbons and Brown, JJ., concur.